UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNG LEE, et al.,

    Plaintiffs,

v.

GENERAL MOTORS LLC,

    Defendant.

Case No. 3:24-cv-00074-JSC

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 10

Sung Lee and Joon Lee sue General Motors ("GM") for damages arising from an allegedly defective GM motor vehicle. Plaintiffs bring actions under the California Song-Beverly Consumer Warranty Act, common law fraud, and the California Unfair Competition Law ("UCL"). (Dkt. No. 1-1.)[1] Currently pending before the Court is GM's motion to dismiss Plaintiffs' common law fraud and UCL claims. (Dkt. No. 10.) After carefully considering the parties' written submissions, the Court concludes oral argument is unnecessary, *see* Civ. L. R. 7-1(b), and GRANTS Defendants' motion with leave to amend.

    In their opposition to Defendant's motion to dismiss, Plaintiffs do not respond to many of Defendant's reasons for dismissal. However, Plaintiffs request leave to amend the complaint. (Dkt. No. 12 at 7.) The Court agrees leave to amend is proper; accordingly, the motion to dismiss is GRANTED. Plaintiffs shall file their amended complaint by March 7, 2024.

The Court cautions Plaintiffs' counsel to review the amended complaint, indeed all submissions, before filing. Plaintiffs' complaint and opposition to GM's motion to dismiss contain multiple misstated and contradictory key facts. Plaintiffs allege at least two different dates

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

for his vehicle purchase.  In the complaint's introduction section, Plaintiffs state they acquired the car "on or about November 20, 2020."  (Dkt. No. 1-1 ¶ 6.)  Two pages later, when alleging GM was aware of at least 12 fires involving the Bolt by August 2020, Plaintiffs allege date of purchase as September 6, 2020.  (*Id*. ¶ 25.)  In their opposition, Plaintiffs assert "in December 2021, General Motors' Vice-President, Steve Hill, sent a letter to Plaintiffs promising a battery replacement in her [sic] vehicle."  (Dkt. No. 12 at 3.)  However, this allegation is absent from the complaint.

The Initial Case Management Conference scheduled for April 17, 2024 is continued to May 2, 2024 at 1:30 p.m. via Zoom video.  A joint case management conference statement is due one week in advance.

This Order disposes of Docket No. 10.

**IT IS SO ORDERED.**

Dated: February 9, 2024

JACQUELINE SCOTT CORLEY
United States District Judge